**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1274**

_____

JOHN VAN B. METTS, III,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF REVENUE,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, Senior District Judge. (CA-99-131)

_____

Submitted: July 10, 2000        Decided: September 12, 2000

_____

Before MURNAGHAN,[*] WILKINS, and LUTTIG, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Van B. Metts, III, Appellant Pro Se. James Peeler Smith, Assistant Attorney General, Marilyn Ruth Mudge, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

_____

[*] Judge Murnaghan participated in this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Metts, proceeding pro se, filed a suit claiming that he was denied a reasonable accomodation of his disability in violation of the Americans with Disabilities Act. We have carefully reviewed the district court's order dismissing the case, as well as the record and the informal briefs of the parties,[*] and we find no reversible error. Accordingly, we affirm. See <u>Davis v. North Carolina Dep't of Corrections</u>, 48 F.3d 134, 138 (4th Cir. 1995). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We grant the Equal Employment Opportunity Commission's motion to file a brief out of time and deny Appellee's motion to strike.